UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

HORACE TRACY MELTON and　　　　*
SUZANNE BASKETTE, individually,　*　　No. _____
and on behalf of all similarly situated　*
individuals,　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　Plaintiffs,　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
CECIL LAWRENCE, DALE LAWRENCE,　 *
CECIL LAWRENCE, INC., and LAWRENCE　*
GROUP MANAGEMENT CO., LLC,　　　　*
　　　　　　　　　　　　　　　　　*
　　　Defendants.　　　　　　　　　*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Cecil Lawrence, Dale Lawrence, Cecil Lawrence, Inc., and Lawrence Group Management Co., LLC, hereby give notice of and remove this action to the United States District Court for the Eastern District of Tennessee.

### I. PROCEDURAL HISTORY

1. On June 25, 2018, Plaintiffs commenced this action by filing a Complaint in the Bradley County Circuit Court (**Exhibit 1** hereto).

2. Defendants received service of the Complaint on or after June 25, 2018.

3. This notice is timely under 28 U.S.C. § 1446(b).

### II. FEDERAL QUESTION JURISDICTION

4. The only claim asserted in the Complaint is one for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. (FLSA).

5. The FLSA is a federal statute arising under the laws of the United States.

6. As a result, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

7. As required, a Civil Cover Sheet is attached hereto as **Exhibit 2**.

### III. VENUE

8. Under 28 U.S.C. § 1441(a), Defendants may remove the case to the United States District Court for the Eastern District of Tennessee, as that is the district in which Bradley County is located and, according to the Complaint, the majority of the relevant acts occurred in that County. Defendants reserve their right to contest venue and personal jurisdiction.

### IV. NOTICE

9. As required by 28 U.S.C. § 1446(d), Defendants are providing all adverse parties with written notice of this removal (attached hereto as **Exhibit 3**) and by filing notice of this removal with the Clerk of the Bradley County Circuit Court (attached hereto as **Exhibit 4**).

### V. STATE COURT PLEADINGS

10. Defendants have included a true and accurate copy of Plaintiffs' Complaint and Cost Bond attached hereto as **Exhibit 1**. Defendants have included a copy of the Summons as **Exhibit 5**.

11. All Defendants join in and consent to the removal of this action.

WHEREFORE, Defendants, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove this action from the Bradley County Circuit Court to the United States District Court for the Eastern District of Tennessee.

This 24th day of July, 2018.

Respectfully submitted,

BURNETTE, DOBSON & PINCHAK

By: __s/ *Donna J. Mikel*_____
        Donna J. Mikel, BPR#020777
        Attorneys for Defendants
        711 Cherry Street
        Chattanooga, TN 37402
        Phone: (423) 266-2121
        Fax: (423) 266-3324
        Email: dmikel@bdplawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2018 the foregoing Notice of Removal was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing as well as serving a copy via U. S. Mail and/or electronic mail to all parties at interest as follows:

Horace Tracy Melton
Suzanne Baskette
c/o Josh Ward, Esq.
MASSEY & ASSOCIATES, P.C.
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
josh@masseyattorneys.com


____s/ *Donna J. Mikel*_____