UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| HORACE TRACY MELTON and | * | |
| SUZANNE BASKETTE, individually, | * | NO. 1:18-cv-00167-TRM-SKL |
| and on behalf of all similarly situated | * | |
| individuals, | * | JURY DEMAND |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| CECIL LAWRENCE, DALE LAWRENCE, | * | |
| CECIL LAWRENCE, INC., and LAWRENCE | * | |
| GROUP MANAGEMENT CO., LLC, | * | |
| | * | |
| Defendants. | * | |

## JOINT MOTION TO APPROVE FLSA SETTLEMENT

The parties respectfully move the Court to approve a settlement of Plaintiffs' claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq*. (FLSA). In support of their motion, the parties show that the proposed settlement includes 100% of alleged back pay for the claimed Fair Labor Standards Act violations, which are disputed, an equal amount of liquidated damages, and statutory attorneys' fees and costs as determined by this Court.

After arms-length negotiations, the parties reached a settlement of this lawsuit. The parties have each been represented by their respective undersigned attorneys and have had the benefit of their counsel and advice. The parties have agreed upon a final settlement agreement and are in the process of getting it executed by all parties. A copy of the executed settlement agreement will be presented to the Court *in camera* for inspection and scrutiny.

The settlement agreement does not constitute an admission by any party of the validity of the allegations, claims, or defenses. The settlement agreement represents the compromise of disputed claims that the parties recognize would require litigation to determine.

Plaintiffs will receive 100% of the benefits to which they may be entitled pursuant to the

FLSA. *See*, 29 U.S.C. § 216(b). As such, the settlement is fair and reasonable and should be approved. *See,* e.g., *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353-54 (11th Cir. 1982) (district court should determine whether an FLSA settlement is "fair and reasonable").

For the forgoing reasons, the parties respectfully move the Court for an order approving the proposed settlement. Following approval of this settlement and payment of the amounts specified above and determined by the Court, Plaintiffs will dismiss this proceeding, with prejudice.

Respectfully submitted,

| MASSEY & ASSOCIATES, P.C. | BURNETTE, DOBSON & PINCHAK |
|---|---|
| By:__s/ *Josh Ward*_____ | By:__s/ *Donna J. Mikel*_____ |
| Josh Ward, BPR# 031329 | Donna J. Mikel, BPR#020777 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 6400 Lee Highway, Suite 101 | 711 Cherry Street |
| Chattanooga, TN 37421 | Chattanooga, TN 37402 |
| Phone: (423) 697-4529 | Phone: (423) 266-2121 |
| Fax: (423) 634-8886 | Fax: (423) 266-3324 |
| Email: josh@masseyattorneys.com | Email: dmikel@bdplawfirm.com |

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

____s/ *Donna J. Mikel*_____