UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HORACE T. MELTON and SUZANNE BASKETTE, | )<br>)<br>) |
| Plaintiffs. | )<br>) |
| | ) Case No.: 1:18-cv-0167-SKL |
| v. | )<br>) |
| CECIL LAWRENCE, DALE LAWRENCE, CECIL LAWRENCE, INC., and LAWRENCE GROUP MANAGEMENT CO., LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER APPROVING FLSA SETTLEMENT

This matter is before the Court upon the parties' joint motion under the Fair Labor Standards Act, 29 U.S.C. §§201-19 ("FLSA") [Doc. 34]. The parties have reached a proposed resolution of their FLSA dispute and seek court approval of the proposed settlement of Plaintiffs' FLSA claims pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) and its progeny. The Court conducted a hearing on the joint motion on December 21, 2018. Having considered the joint motion, the supplement to the motion [Doc. 38], the parties' Confidential Settlement Agreement and Release (the "Settlement Agreement"), and the evidence and argument presented at the hearing, the proposed settlement of Plaintiffs' FLSA claims will be **APPROVED** as being reasonable and fair.

Specifically, the Court **FINDS**, without objection, as follows:

1. The agreed-upon terms and conditions of the Settlement Agreement, are a fair and reasonable compromise over issues that were actually in dispute involving the named parties.

2. The settlement of this litigation was achieved in an adversarial context, through good faith negotiations.

3. The parties have been represented by competent and experienced counsel throughout all negotiations, and the Settlement Agreement is made with the consent and advice of counsel who jointly prepared the Settlement Agreement.

4. The settlement is fair in all respects, including the requested attorney fees and expenses, and should be approved under the applicable legal standards. It arises from extensive arm's length negotiations between counsel for the parties after sufficient formal and informal discovery and investigation necessary to evaluate all claims.

Based on the evidence and argument and a careful review of the proposed settlement agreement, the Court concludes the settlement is a fair and reasonable compromise of a bona fide dispute and that it takes into account each party's interest, benefits and rights pursuant to the considerations set forth in *Lynn's Food*. Accordingly, the joint motion for approval of the settlement [Doc. 34] is hereby **GRANTED** and the proposed settlement is **APPROVED** as a fair and reasonable compromise of a bona fide issue of law and fact. The parties are **ORDERED** to submit an appropriate stipulation of dismissal of the case within 21 days of the entry of this Order.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE